Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Rebecca R. Perez
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>AARON DANIEL AUNG,<br><br>　　　　　　Defendant. | Case No.:　2:24-CR-106-TOR-1<br><br>Motion To Seal Indictment |

　　　Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Rebecca R. Perez, Assistant United States Attorney for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Indictment until further order of the Court or until Defendant's arrest, whichever comes first.

　　　Dated: August 7, 2024.

　　　　　　　　　　　　　　　　　　Vanessa R. Waldref
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*s/ Rebecca R. Perez*
　　　　　　　　　　　　　　　　　　Rebecca R. Perez
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

MOTION TO SEAL INDICTMENT - 1