1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
   Michael J. Ellis
3  Rebecca R. Perez
   Assistant United States Attorneys
4  Post Office Box 1494
   Spokane, WA 99210-1494
5  Telephone: (509) 353-2767

6              UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF WASHINGTON

7
   UNITED STATES OF AMERICA,
8
                    Plaintiff,        INDICTMENT    2:24-CR-106-TOR-1
9
         v.                           Vio.: 18 U.S.C. § 371
10                                          Conspiracy to Commit
   AARON DANIEL AUNG,                       International Parental
11 ███████████████████                      Kidnapping
                                            (Count 1)
12
                    Defendants.        18 U.S.C. §§ 1204, 2
13                                     International Parental
                                       Kidnapping
14                                     (Count 2)

15

16      The Grand Jury charges:

17                    COUNT 1

18      On or about May 2024 and continuing until on or about July 7, 2024, in the

19 Eastern District of Washington, and elsewhere, including Mexico, the Defendants

20 AARON DANIEL AUNG, ██████████████████████████,

21
   INDICTMENT – 1

knowingly combined, conspired, confederated, and agreed to commit an offense

against the laws of the United States, that is, international parenting kidnapping, in

violation of 18 U.S.C. §1204, all in violation of 18 U.S.C. § 371.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object, the conspirators

committed numerous over acts in the Eastern District of Washington and

elsewhere, including the following:

1. On or about May 29, 2024, AARON DANIEL AUNG conducted a custody
   exchange of Minor Victim, with Minor Victim's mother, Samara Harmon, at
   the Pullman, Washington police station.

2. On or about May 29, 2024, AARON DANIEL AUNG retrieved a Cadillac
   registered to ▮▮▮▮▮▮▮▮▮, from a storage unit at Inland Boat and
   RV Storage, in Athol, Idaho.

3. On or about May 29, 2024, ▮▮▮▮▮▮▮▮▮ left the Seattle-Tacoma
   International airport, where she had checked in for a scheduled flight, to
   meet AARON DANIEL AUNG and Minor Victim and travel to Mexico.

4. On or about May 30, 2024, AARON DANIEL AUNG traveled with Minor
   Victim through the Eastern District of Washington, into the Western District
   of Washington, where he met up with ▮▮▮▮▮▮▮▮▮ at a
   predesignated location, in Tacoma, Washington.

INDICTMENT – 2

5. On or about June 1, 2024, AARON DANIEL AUNG ████████████ ████ crossed the border to Mexico with Minor Victim.

6. On or about June 3, 2024, AARON DANIEL AUNG failed to return Minor Victim to Minor Victim's lawful parent Samara Harmon, at the designated location in Pullman, Washington, pursuant to the parenting plan then in place.

7. On or about May 31, 2024, through June 16, 2024, ████████████ assisted AARON DANIEL AUNG in avoiding law enforcement detection by exchanging coded/encrypted messages and warning AARON DANIEL AUNG about the ongoing investigation and how to avoid detection.

8. On or about June 1, 2024, until July 4, 2024, AARON DANIEL AUNG and ████████████ remained in Mexico with Minor Victim, contrary to Samara Harmon's parental rights.

COUNT 2

On or about June 1 through July 7, 2024 in the Eastern District of Washington and elsewhere, including Mexico, the Defendants AARON DANIEL AUNG, ████████████ did remove Minor Victim from the United States and retain Minor Victim outside of the United States with the intent to obstruct the lawful exercise of another person's parental rights, and did aid and abet the same, in violation of 18 U.S.C. §§ 1204, 2.

INDICTMENT – 3

DATED this _____ day of August 2024.

A TRUE BILL

_____
Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Rebecca R. Perez
Assistant United States Attorney

_____
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 4